IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERT E. DYER,                    :
                                   :
            Plaintiff(s),          :
                                   :    Case Number: 1:06cv222
      vs.                          :
                                   :    District Judge Susan J. Dlott
STATE OF OHIO,                     :
                                   :
            Defendant(s).          :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate

Judge Timothy S. Black filed on December 13, 2007(Doc. 13), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired January 4, 2008, hereby

ADOPTS said Report and Recommendations.

Accordingly, it is ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**

pursuant to Fed. R. Civ. P. 4(m), all pending motions are **DENIED** as **MOOT,** and this case is

**CLOSED.**


IT IS SO ORDERED.



_____s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge

_